```
ROBERT R. MOORE (BAR NO. 113818)
DAVID H. BLACKWELL (BAR NO. 153354)
ALEXANDER J. DOHERTY (BAR NO. 261552)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone: (415) 837-1515
Fax:   (415) 837-1516
E-Mail: rmoore@allenmatkins.com
        dblackwell@allenmatkins.com
        adoherty@allenmatkins.com

Attorneys for Defendant
JOHN MARREN
```

**GRANTED**
*Judge Yvonne Gonzalez Rogers*
7/25/2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GREGORY ATKINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>URBAN LAND PRESERVATION, LLC; COWAN-NEWTON, LLC; JOHN ROWELL; JOHN MARREN; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 4:15-cv-03689-YGR-MED<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CAUSES OF ACTION AGAINST DEFENDANT JOHN MARREN** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant John Marren, including any and all causes of action against Marren, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 11, 2016

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ D.H.BW
DAVID H. BLACKWELL
Attorneys for Defendant
JOHN MARREN

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1008231.01/SF

-1-

Case No. 4:15-cv-03689-YGR-MED
STIPULATION OF DISMISSAL
OF JOHN MARREN

| | | |
|---|---|---|
| 1 | Dated: July _11_, 2016 | By: _CHARLES H. RIBLE_ (signature) |
| 2 | | CHARLES H. RIBLE |
| | | Attorneys for Plaintiff |
| 3 | | GREGORY ATKINSON |

Dated: July, _13_, 2016

WAGNER JONES HELSLEY PC

By: /s/ Marisa L. Balch
KURT F. VOTE
MARISA L. BALCH
Attorneys for Defendants
URBAN LAND PRESERVATION, LLC
and JOHN ROWELL

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1008231.01/SF

-2-

Case No. 4:15-cv-03689-YGR-MED
STIPULATION OF DISMISSAL
OF JOHN MARREN