UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY ATKINSON**, <br> Plaintiff, <br> v. <br> **URBAN LAND PRESERVATION, LLC, ET AL.**, <br> Defendants. | Case No. 15-cv-03689-YGR <br><br> **ORDER REGARDING RESPONSE TO DEFENDANTS' LETTER RE: MOTION FOR SUMMARY JUDGMENT** <br><br> Re: Dkt. No. 43, 44 |

On July 19, 2016, defendants submitted a letter requesting a pre-filing conference regarding their proposed motion for summary judgment (Dkt. No. 43), pursuant to the Court's Standing Order in Civil Cases. Plaintiff filed a response on July 22, 2016. (Dkt. No. 44.) The Court has reviewed the parties' letters and in light of the issues raised by the parties in their letters, the Court will not hold a pre-filing conference regarding defendants' motion for summary judgment.

The parties shall file their motion and any responses and replies according to the schedule set by the Court (Dkt. No. 38) and according to the rules set forth in the Court's Standing Order in Civil Cases and the Local Rules for the Northern District of California.

**IT IS SO ORDERED.**

Dated: July 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**